NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AK STEEL CORPORATION,**
*Plaintiff,*

AND

**ALLEGHENY LUDLUM CORPORATION** AND
**NORTH AMERICAN STAINLESS,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

AND

**OUTOKUMPU MEXINOX S.A. DE C.V. (formerly
known as Thyssenkrupp Mexinox S.A. de C.V.)** AND
**MEXINOX USA, INC.,**
*Defendants-Appellees.*

---

2013-1136

---

Appeal from the United States Court of International Trade in No. 11-CV-0366, Senior Judge Nicholas Tsoucalas.

---

# JUDGMENT

KATHLEEN W. CANNON, Kelley Drye & Warren, LLP, of Washington, DC, argued for plaintiffs-appellants. With her on the brief were DAVID A. HARTQUIST and R. ALAN LUBERDA. Of counsel was Grace W. Kim.

KARL S. VON SCHRILTZ, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for defendant-appellee United States. With him on the brief were PAUL R. BARDOS, Acting General Counsel, and NEAL J. REYNOLDS, Assistant General Counsel for Litigation.

CRAIG A. LEWIS, Hogan Lovells US LLP, of Washington, DC, argued for defendants-appellees Outokumpu Mexinox S.A. de C.V., et al. With him on the brief were LEWIS E. LEIBOWITZ and WESLEY V. CARRINGTON.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 9, 2014 
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court